GLIDDON & STRATTON, Respondents, v. M. KERRY, Appellant.

(Recorded as AARON DAVIS v. GLIDDON & STRATTON.)

No. 903; January 28, 1856.

**Venue.—An Appeal from a Refusal of a Change** of venue will not be considered, when the affidavits on which the application was based are not embraced in the statement or bill of exceptions.

APPEAL from Nevada County.

C. A. Tweed for respondents; Dunn & Hupp for appellant.

HEYDENFELDT, J.—The appeal is from the refusal of the court below to change the venue.

The affidavit upon which we suppose the application was based is not embraced in a statement or bill of exceptions. It is a mere loose naked paper, has no verity, and is therefore no part of the record. It is consequently shut out from any consideration here, and the order is affirmed.

I concur: Terry, J.